To whom it may concern

Im trying to see whats taking yall so long to call me to go back to court my mother talks to the Judge about them sending me back to court but they haven't let me know nothing yet TDC get all my paperwork they don't have a date when i suppose to go back to court they say its going to send me back after new years im trying to know something A.S.A.P im trying to see what dismissed means im trying to see how long its gone take before them to call me back for my bench warrant i was gone see if they were going to release me from the county on TDC or if they going to knock my time down i heard they went by my house and told my momma i was going home i heard it takes up to 90 days for them to let me know something about case so i can get my charge drop or if i can get the Agg. droped off i didnt this was going to take so long they said they was going to let me know something but they never did my momma is worried about it because they was going to let her know something i worried about it too. can yall please respond back to see whats taking so long because I'm too See when yall going to call me back trying

REC'D IN COURT OF APPEALS
12th Court of Appeals District

JAN 15 2015

TYLER TEXAS
CATHY S. LUSK, CLERK